IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



MAURICE CUMBERLANDER,    )
                        )
         Plaintiff,     )
                        )
v.                      )     Civil Action No. 08-994
                        )
KCL SITE SERVICES, LLC., )
                        )
         Defendant.     )
_____)

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 21, 2009. There have been no objections filed to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby,

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED in part and DENIED in part. Default judgment is entered as to Defendant's liability for the allegations arising from the 2008 charge of discrimination, however Plaintiff is not entitled to damages because Plaintiff failed to make a specific monetary demand for damages in his Complaint. It is further ordered that

Defendant is not liable for any actions related to the 2007 charge of discrimination or Plaintiff's retaliation charge.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
December 17, 2009

2